DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WAYNE JENKINS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-990

[June 10, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Court, Palm Beach County; Kirk Volker, Judge; L.T. Case No. 502008CF017142.

Wayne Jenkins, Perry, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***